```
 1 | ARTHUR BRUNWASSER [SBN 032080]
   | 240 Stockton Street, Ninth Floor
 2 | San Francisco, California  94108
   | Telephone:   (415) 391-2203
 3 | Facsimile:   (415) 956-8940
 4 | Attorney for Defendant
   | Trevors Store, Inc.
```

FILED

JUL 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA MAYFIELD,

    Plaintiffs,

v.

TREVORS STORE, INC., an Arkansas Corporation; and Does 1-25,

    Defendants.

Civil No. C 04 1483 MHP

**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE**

    It is hereby stipulated by and between the parties through their respective counsel that the Status Conference set for August 1, 2005 at ~~1:00~~ 3:00 p.m. be continued to August 8, 2005 at 3:00 p.m.

    This continuance is at the request of the defendant's attorney who has a calendar conflict for the present hearing date.

Dated: July 11, 2005        THE DOLAN LAW FIRM

                                  By_____/s/_____
                                      Rachel Pusey
                                  Attorneys for Plaintiff

Dated: July 11, 2005                _____/s/_____
                                  ARTHUR BRUNWASSER
                                  Attorney for Defendant

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE          1
C 04 1483 MHP

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: July 11, 2005

/s/
ARTHUR BRUNWASSER
Attorney for Defendant

SO ORDERED.

Dated: 7/25/05

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE
C 03 5629 MMC

2