**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CHRISTINA MAYFIELD,                          No. C-04-1483 MHP  (MEJ)

12              Plaintiff(s),                      NOTICE AND ORDER OF SETTLEMENT
                                                   CONFERENCE
13        vs.

14   TREVORS STORE INC.,

15              Defendant(s).

16   ─────────────────────────────/

17

18   TO ALL PARTIES and their Attorneys of Record:

19          PLEASE TAKE NOTICE that this case has been referred for a Settlement Conference before

20   Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on **November 2, 2005**

21   **at 10:00 a.m. in Judge James' <u>chambers</u>**, located at the Federal Building, 450 Golden Gate Avenue,

22   15th Floor, San Francisco, California 94102.  On the date of the settlement conference, counsel and

23   parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.

24   The parties shall notify the Court if the matter has settled or been dismissed before the date of the

25   conference.

26          Settlement Conference statements shall be submitted in accordance with Magistrate Judge James'

27   <u>STANDING</u> <u>ORDER</u> <u>RE:</u> <u>SETTLEMENT</u> <u>CONFERENCE</u> <u>PROCEDURES</u>, a copy of which may be

28   obtained from the Northern District of California's website at

**United States District Court**
For the Northern District of California

1  http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin, then

2  choose Magistrate Judge James.

3      When filing papers that require the Court to take any action (e.g. motions, calendaring issues,

4  administrative requests or a request to be excused from attendance), the parties shall, in addition to filing

5  papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day

6  following the day the papers are filed electronically.  These printed copies shall be marked "Chambers

7  Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James'

8  name, case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document

9  with the Clerk's Office that has already been filed electronically.  **Any proposed orders must also be**

10  **emailed to: mejpo@cand.uscourts.gov**

11      Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

12  questions.

13

14  IT IS SO ORDERED.

15

16  Dated: September 14, 2005

    _____
    MARIA-ELENA JAMES
    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28                                    2