IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA MAYFILED,

    Plaintiff(s),

vs.

TREVORS STORE, INC.,

    Defendant(s).

No. C 04-1483 MHP (MEJ)

**ORDER GRANTING DEFENDANT'S REQUEST FOR REPRESENTATIVE TO APPEAR BY TELEPHONE**

The Court is in receipt of Defendant's request, filed October 28, 2005, that the Court permit an official with decision-making authority to be available by telephone rather than attend the November 2, 2005 Settlement Conference in person. Good cause appearing, the Court hereby GRANTS Defendant's request. However, should the case not settle on November 2, the Court will schedule a further settlement conference at which the official with decision-making authority must appear in person.

**IT IS SO ORDERED.**

Dated: October 28, 2005

MARIA-ELENA JAMES
United States Magistrate Judge