```
ARTHUR BRUNWASSER  [SBN 032080]
240 Stockton Street, Ninth Floor
San Francisco, California  94108
Telephone:    (415) 391-2203
Facsimile:    (415) 956-8940

Attorney for Defendant
Trevors Store, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MAYFIELD,<br><br>    Plaintiffs,<br><br>v.<br><br>TREVORS STORE, INC., an Arkansas Corporation; and Does 1-25,<br><br>    Defendants. | Civil No. C 04 1483 MHP<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

It is hereby stipulated by and between the parties, through their respective counsel, that the complaint be dismissed with prejudice.

Dated:  November 4, 2005         THE DOLAN LAW FIRM


                                 By_____/s/_____
                                        Rachel Pusey
                                 Attorneys for Plaintiff


Dated:  November 4, 2005              _____/s/_____
                                      ARTHUR BRUNWASSER
                                      Attorney for Defendant

SO ORDERED.

Dated: January 3, 2006
                                      _____
                                      UNITED STATES DISTRICT JUDGE
                                      Judge Marilyn H. Patel

STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE
C 04 1483 MHP